**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF NEW YORK

**Svetlana Klishina,**
 Plaintiff, pro se,

v.

**Detective Ryan Cackowski, Lieutenant Francis DePalma,
 the City of New York, and Amazon Web Services, Inc.,**

Defendants.

25-cv-5035 -PKC-JAM

Case No.: _____

**COMPLAINT**

(Civil Rights, 42 U.S.C. § 1983; RICO; Negligence; Declaratory
Relief)

Plaintiff, proceeding pro se, alleges as follows:

### I. INTRODUCTION

This action arises from Defendants' negligence and
constitutional violations in connection with a cryptocurrency
fraud scheme operated through fraudulent domains
Intellisoft.rest and Intellisoft.one, hosted on Amazon Web
Services (AWS).

Plaintiff reported the fraud through CYBERA Certified Criminal
Report Ref. c7a00295ba26, the U.S. Secret Service, and multiple
agencies. Despite detailed evidence, Detective Ryan Cackowski
failed to investigate, and Lieutenant Francis DePalma closed the
case without action, depriving Plaintiff of due process.

Plaintiff lost approximately $16,441 in cryptocurrency assets
(BTC, ETH, BCH, BSV) and has suffered emotional distress, loss
of time, and denial of victim rights.

Plaintiff seeks compensatory and punitive damages of $1,000,000 from the NYPD/City of New York and $1,000,000 from Amazon Web Services, Inc., together with declaratory and injunctive relief.

## II. JURISDICTION AND VENUE

This Court has jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1343 (federal question and civil rights), and 18 U.S.C. §§ 1961-1968 (RICO).

Venue is proper in this District under 28 U.S.C. § 1391(b) because Plaintiff resides in Staten Island, events occurred in Staten Island, and Defendants are subject to jurisdiction here.

## III. PARTIES

- Plaintiff **Svetlana Klishina** is a U.S. citizen residing in Staten Island, New York.

- Defendant **Detective Ryan Cackowski** is an NYPD officer assigned to the Grand Larceny Squad, Staten Island.

- Defendant **Lieutenant Francis DePalma** was the supervising officer who closed Plaintiff's complaint (NYPD Case #2025-120-5286).

- Defendant **City of New York** is a municipal entity responsible for the NYPD, liable under *Monell v. Dep't of Soc. Servs.*, 436 U.S. 658 (1978).

- Defendant **Amazon Web Services, Inc. (AWS)** is a corporation organized under Delaware law, with registered agent CSC Lawyers Incorporating Service, 80 State Street, Albany, NY 12207, and principal offices at 410 Terry Ave N, Seattle, WA 98109.

## IV. STATEMENT OF FACTS

Between November 2024 and February 2025, Plaintiff was induced
into transferring cryptocurrency into fraudulent platforms
Intellisoft.rest and Intellisoft.one.

Plaintiff documented the scheme through a CYBERA Certified
Criminal Report (Exhibit 1) and U.S. Secret Service referral
(Appendix A), tracing servers to AWS Singapore (IP
54.179.240.194). The CYBERA report explicitly stated:
  *"This is a criminal report about suspicious activities related
to cybercrime (possible preliminary offenses include fraud,
extortion, money laundering) and money laundering. The recipient
financial intermediaries and competent authorities are kindly
requested to verify this case and trigger the freezing of funds
as soon as possible."* (Exhibit 1).

On June 10, 2025, Plaintiff filed a criminal report at NYPD
120th Precinct, supplying the CYBERA Report and U.S.
intelligence letters. Detective Cackowski later admitted he
never received the documents from the precinct and required
Plaintiff to resend via email (July 2025). Plaintiff complied.

For over a month, Detective Cackowski failed to conduct
meaningful investigation, issue subpoenas, or contact AWS,
NameSilo, Cloudflare, or crypto exchanges. On July 15, 2025, Lt.
DePalma formally closed the case without action, citing "lack of
leads," despite evidence of traceable wallets, hosting
providers, and ongoing fraud.

Meanwhile, AWS continued to host the scam infrastructure,
ignoring abuse complaints (Exhibits 6-9). AWS's refusal to
terminate the fraudulent infrastructure, despite multiple dated
abuse reports, not only prolonged Plaintiff's harm but exposed a
wider systemic failure. FTC FOIA records confirm multiple
victims of Intellisoft beyond Plaintiff, demonstrating AWS's
conduct is not an isolated oversight but part of a recurring
pattern of indifference to crypto fraud hosted on its servers.

**Plaintiff further alleges, upon information and belief, that
NYPD's refusal to pursue AWS after clear notice of its role
suggests deliberate suppression of evidence. Whether this**

suppression resulted from willful blindness, institutional bias
in favor of AWS, or improper influence must be determined
through discovery.

Plaintiff filed FOIL and FOIA requests to confirm that no
investigative records were created by NYPD (Exhibits 33-39).
Plaintiff suffered financial losses, emotional trauma, and
denial of crime-victim protections under NY law.

## V. CLAIMS FOR RELIEF

### Count I - 42 U.S.C. § 1983 (Due Process Violations)
21. Defendants Cackowski, DePalma, and the City of New York
deprived Plaintiff of due process by failing to investigate,
fabricating or suppressing evidence, and closing a meritorious
case.
*Authority*: 42 U.S.C. § 1983 - Civil rights violation through
fabrication, negligence, or suppression.
*Case Law*: *Ricciuti v. NYC Transit Authority*, 124 F.3d 123, 130
(2d Cir. 1997).

### Count II - Monell Liability (City of New York)
22. The City of New York maintains a custom, policy, or
practice of neglecting cybercrime victims, amounting to
deliberate indifference and depriving Plaintiff of
constitutional rights.
*Authority*: *Monell v. Dep't of Soc. Servs.*, 436 U.S. 658 (1978).

### Count III - RICO (18 U.S.C. §§ 1961-1968)
23. Plaintiff re-alleges and incorporates by reference all
prior paragraphs as if fully set forth herein.

24. **Enterprise.** The Intellisoft fraud operation, including
Intellisoft.rest, Intellisoft.one, and at least fifteen
cloned domains, constitutes an "enterprise" within the
meaning of 18 U.S.C. § 1961(4). This enterprise was
comprised of:

- Fraud actors ("Maria," "Alexei," and others recruiting via WhatsApp/Telegram),

- Corporate infrastructure providers who knowingly enabled the scheme after notice (Amazon Web Services, Cloudflare, NameSilo, PrivacyGuardian.org), and

- Municipal actors (NYPD officers Cackowski and DePalma) who obstructed or suppressed investigation.

25. **Predicate Acts**. Members of the enterprise engaged in multiple racketeering acts, including but not limited to:

- Wire fraud (18 U.S.C. § 1343);

- Money laundering (18 U.S.C. § 1956);

- Identity fraud (18 U.S.C. § 1028);

- Obstruction of justice (18 U.S.C. §§ 1503, 1519).

26. **Pattern of Racketeering Activity**. These predicate acts occurred repeatedly and continuously between November 2024 and July 2025, across multiple domains and infrastructure.

27. **Injury**. Plaintiff suffered injury to property in the form of cryptocurrency losses totaling at least $16,441, with expanded losses up to $30,000, as well as investigative expenses, emotional distress, and denial of crime-victim protections.

28. **Treble Damages**. By reason of Defendants' racketeering acts, Plaintiff is entitled under 18 U.S.C. § 1964(c) to recover treble damages, plus attorney's fees and costs.


**WHEREFORE**, Plaintiff demands judgment under RICO for treble damages ($49,323 to $90,000), punitive damages, attorney's fees, costs, and such other relief as the Court deems just and proper.

## Count IV — Negligence (AWS)

29. AWS breached duties of care by hosting criminal infrastructure and failing to act on abuse reports. Once on notice of fraudulent activity, AWS had a duty to terminate or investigate but instead continued to profit from hosting fees, causing foreseeable harm to Plaintiff and others.

## Count V — Declaratory and Injunctive Relief

30. Plaintiff seeks a declaration that NYPD violated due process and that AWS may not invoke Section 230 immunity for knowingly hosting financial fraud. Plaintiff also seeks injunctive relief directing AWS to preserve records of Intellisoft domains and enjoining NYPD from destroying related case records.

## VI. DAMAGES AND RELIEF REQUESTED

- Compensatory damages: $1,000,000 against the City/NYPD; $1,000,000 against AWS.

- Punitive damages: in an amount to be determined at trial.

- Treble damages under RICO: $49,323 to $90,000.

- Declaratory relief: Defendants' conduct violated Plaintiff's civil rights and facilitated financial fraud.

- Injunctive relief: directing AWS to preserve records of Intellisoft domains and enjoining NYPD from destroying related case records.

- Plaintiff reserves the right to amend damages and relief as discovery develops.

## VII. JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.


## VIII. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that the Court enter judgment in her favor and against Defendants as follows:

- Awarding compensatory damages of $1,000,000 against the City/NYPD and $1,000,000 against AWS;

- Awarding treble damages under RICO;

- Awarding punitive damages;

- Declaring Defendants' conduct unlawful;

- Ordering injunctive relief preserving AWS/NYPD records;

- Awarding Plaintiff her costs of suit, including filing fees, service fees, litigation expenses, and reasonable attorney's fees under 42 U.S.C. § 1988;

- Referring the conduct of AWS to the U.S. Department of Justice and regulators for review of systemic failures in fraud monitoring and potential facilitation of money laundering.


**Respectfully submitted,**
 Date: 08/28/2025
 Staten Island, New York

Svetlana Klishina
 Plaintiff, Pro Se
 240 Victory Blvd
 Staten Island, NY 10301
 Email: awesomepuntacana@aol.com

- Certification of Appendices (signed)

- Appendix Overview Narrative

- Table of Appendices

- Appendices A-Z (bound, labeled, in order)

**Copies Submitted:**

- Original filing for Court docket

- Service copies for each Defendant

- Retained copy for Plaintiff

Respectfully submitted,

Dated: August 22, 2025
 Staten Island, New York

**Svetlana Klishina**
 Pro Se Plaintiff
 240 Victory Blvd
 Staten Island, NY 10301
 Tel: (347) 522-9135
 Email: awesomepuntacana@aol.com

**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF NEW YORK

**Svetlana Klishina,** Plaintiff, pro se

 v.

 **Detective Ryan Cackowski, Lieutenant Francis DePalma, City of New York, and Amazon Web Services,** Defendants.

Case No.: _____


**Submission Cover Sheet — Complaint Filing**

Plaintiff respectfully submits the following materials in support of her Complaint:

**Volume I — Complaint**

- Civil Rights & RICO Complaint (with case caption)

- Pro Se Litigant Statement

- Signature block with Plaintiff's contact information


**Volume II — Exhibits (Primary Evidentiary Record)**

- Certification of Exhibits (signed)

- Exhibit Overview Narrative

- Judge's Quick View Chart — Exhibits 1-56

- Table of Exhibits

- Exhibits 1-56 (bound, labeled, in order)


**Volume III — Appendices (Supporting Materials)**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Svetlana Klishina,
    Plaintiff, pro se,
v.
Detective Ryan Cackowski, Lieutenant Francis DePalma,
City of New York, and Amazon Web Services,
    Defendants.

Case No.: _____

### PRO SE LITIGANT STATEMENT

I, Svetlana Klishina, respectfully submit this action as a pro
se litigant.
I am not an attorney, yet I have made every effort to comply
with the
Federal Rules of Civil Procedure, this Court's Local Rules, and
the
standards of evidence presentation expected in federal
litigation.

This filing contains more than 300 pages of organized exhibits
and
appendices, including certified reports, correspondence with law
enforcement agencies, forensic records, FOIA/FOIL responses, and
chain-of-custody documentation. The structure has been designed
to
assist the Court by providing a coherent evidentiary roadmap,
rather
than burdening it with scattered or duplicative materials.

As a private citizen, I have borne the investigative burden that
law
enforcement agencies declined to undertake, compiling a record
that demonstrates both the underlying fraud and the
institutional
failures that deprived me of due process.

JS 44 (Rev. 08/18) **CIVIL COVER SHEET**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

### I. (a) PLAINTIFFS
Svetlana Klishina, Pro Se

**DEFENDANTS**
Detective Ryan Cackowski; Lieutenant Francis DePalma; City of New York; Amazon Web Services, Inc.

**(b)** County of Residence of First Listed Plaintiff    Richmond
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant    New York County.
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Pro Se - Svetlana Klishina, 240 Victory Blvd, Staten Island, NY 10301, Tel: 347-522-9135

Attorneys *(If Known)*

### II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | |
|---|---|
| ☐ 1   U.S. Government Plaintiff | ☒ 3   Federal Question *(U.S. Government Not a Party)* |
| ☐ 2   U.S. Government Defendant | ☐ 4   Diversity *(Indicate Citizenship of Parties in Item III)* |

### III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*    *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Pharmaceutical Personal Injury | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | | **PERSONAL PROPERTY** | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| | | | | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☒ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | **IMMIGRATION** | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | ☐ 448 Education | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

### V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding    ☐ 2 Removed from State Court    ☐ 3 Remanded from Appellate Court    ☐ 4 Reinstated or Reopened    ☐ 5 Transferred from Another District *(specify)*    ☐ 6 Multidistrict Litigation - Transfer    ☐ 8 Multidistrict Litigation - Direct File

### VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:
42 U.S.C. §1983 - Civil Rights Violations; 18 U.S.C. §§1961 - 1968 - RICO; Negligence; Declaratory Relief

### VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:**   ☒ Yes   ☐ No

### VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____    DOCKET NUMBER _____

DATE
08/28/2025

SIGNATURE OF ATTORNEY OF RECORD
*[signature]*

**FOR OFFICE USE ONLY**

RECEIPT # _____    AMOUNT _____    APPLYING IFP _____    JUDGE _____    MAG. JUDGE _____

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a)** **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

**(b)** **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

**(c)** **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.** **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked**. (See Section III below; NOTE: federal question actions take precedence over diversity cases.)**

**III.** **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.** **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

**V.** **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

**VI.** **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service

**VII.** **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.** **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

I respectfully request that the Court evaluate this matter on
the merits
and recognize the extraordinary effort required of a pro se
litigant to
assemble a record of this scope and quality. Should the Court
find that
appointment of pro bono counsel is appropriate at any stage, I
would
gratefully accept such assistance.

Respectfully submitted,

Dated: August 22, 2025
Staten Island, New York

Svetlana Klishina
Pro Se Plaintiff
240 Victory Blvd
Staten Island, NY 10301
Tel: (347) 522-9135
Email: awesomepuntacana@aol.com

# JS-44 Civil Cover Sheet

UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF NEW YORK

## I. PLAINTIFF(S):

Svetlana Klishina, Pro Se
240 Victory Blvd, Staten Island, NY 10301

## II. DEFENDANT(S):

Detective Ryan Cackowski, NYPD Grand Larceny Squad, Staten Island, NY
Lieutenant Francis DePalma, NYPD Grand Larceny Squad, Staten Island, NY
City of New York
Amazon Web Services, Inc. (AWS), Registered Agent: CSC, 80 State St, Albany, NY

## III. BASIS OF JURISDICTION:

[X] Federal Question (28 U.S.C. § 1331)

## IV. NATURE OF SUIT:

[X] 440 – Other Civil Rights (42 U.S.C. § 1983)
[X] 470 – RICO (Racketeer Influenced & Corrupt Organizations)
[X] 360 – Other Personal Injury / Negligence

## V. CAUSE OF ACTION:

42 U.S.C. § 1983 – Civil rights violations (fabrication, negligence, suppression).
18 U.S.C. §§ 1961–1968 – RICO participation by AWS in fraud infrastructure.
Negligence – AWS hosting fraudulent domains.

## VI. JURY DEMAND:

[X] Yes

## VII. MONETARY DEMAND:

$2,000,000

Note: This is a prepared Civil Cover Sheet (JS-44) for filing in EDNY.

# AO 440 – Summons in a Civil Action

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

Svetlana Klishina, Plaintiff, pro se,

v.

Detective Ryan Cackowski; Lieutenant Francis DePalma;
the City of New York; and Amazon Web Services, Inc., Defendants.

Civil Action No.: _____ (to be assigned by Clerk)

## TO: (Defendant's name and address)

Amazon Web Services, Inc. (AWS)

CSC Lawyers Incorporating Service, 80 State Street, Albany, NY 12207

A lawsuit has been filed against you.
Within 21 days after service of this summons on you (not counting the day you received it),
you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12
of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff
or plaintiff's attorney, whose name and address are:

Svetlana Klishina
240 Victory Blvd
Staten Island, NY 10301
Email: awesomepuntacana@aol.com

If you fail to respond, judgment by default will be entered against you for the relief demanded
in the complaint. You also must file your answer or motion with the court.

_____            _____
CLERK OF COURT                                               SIGNATURE OF PLAINTIFF (Pro Se)

## AO 440 – Summons in a Civil Action

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

Svetlana Klishina, Plaintiff, pro se,

v.

Detective Ryan Cackowski; Lieutenant Francis DePalma;
the City of New York; and Amazon Web Services, Inc., Defendants.

Civil Action No.: _____ (to be assigned by Clerk)

### TO: (Defendant's name and address)
Detective Ryan Cackowski
NYPD Grand Larceny Squad, 1 Edgewater Plaza, Staten Island, NY 10305

A lawsuit has been filed against you.
Within 21 days after service of this summons on you (not counting the day you received it),
you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12
of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff
or plaintiff's attorney, whose name and address are:

Svetlana Klishina
240 Victory Blvd
Staten Island, NY 10301
Email: awesomepuntacana@aol.com

If you fail to respond, judgment by default will be entered against you for the relief demanded
in the complaint. You also must file your answer or motion with the court.

_____           _____
CLERK OF COURT                      SIGNATURE OF PLAINTIFF (Pro Se)

**AO 440 – Summons in a Civil Action**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

Svetlana Klishina, Plaintiff, pro se,

v.

Detective Ryan Cackowski; Lieutenant Francis DePalma;

the City of New York; and Amazon Web Services, Inc., Defendants.

Civil Action No.: _____ (to be assigned by Clerk)

## TO: (Defendant's name and address)

City of New York
Corporation Counsel, 100 Church Street, New York, NY 10007

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Svetlana Klishina
240 Victory Blvd
Staten Island, NY 10301
Email: awesomepuntacana@aol.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_____          _____

CLERK OF COURT                        SIGNATURE OF PLAINTIFF (Pro Se)

# AO 440 – Summons in a Civil Action

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

Svetlana Klishina, Plaintiff, pro se,

v.

Detective Ryan Cackowski; Lieutenant Francis DePalma;

the City of New York; and Amazon Web Services, Inc., Defendants.

Civil Action No.: _____ (to be assigned by Clerk)

### TO: (Defendant's name and address)
Lieutenant Francis DePalma
NYPD Grand Larceny Squad, 1 Edgewater Plaza, Staten Island, NY 10305

A lawsuit has been filed against you.
Within 21 days after service of this summons on you (not counting the day you received it),
you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12
of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff
or plaintiff's attorney, whose name and address are:

Svetlana Klishina
240 Victory Blvd
Staten Island, NY 10301
Email: awesomepuntacana@aol.com

If you fail to respond, judgment by default will be entered against you for the relief demanded
in the complaint. You also must file your answer or motion with the court.

_____          _____
CLERK OF COURT                             SIGNATURE OF PLAINTIFF (Pro Se)

## AO 440 – Summons in a Civil Action

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

Svetlana Klishina, Plaintiff, pro se,

v.

Detective Ryan Cackowski; Lieutenant Francis DePalma;

the City of New York; and Amazon Web Services, Inc., Defendants.

Civil Action No.: _____ (to be assigned by Clerk)

## TO: (Defendant's name and address)
City of New York
Corporation Counsel, 100 Church Street, New York, NY 10007

A lawsuit has been filed against you.
Within 21 days after service of this summons on you (not counting the day you received it),
you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12
of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff
or plaintiff's attorney, whose name and address are:

Svetlana Klishina
240 Victory Blvd
Staten Island, NY 10301
Email: awesomepuntacana@aol.com

If you fail to respond, judgment by default will be entered against you for the relief demanded
in the complaint. You also must file your answer or motion with the court.

_____        _____
CLERK OF COURT                           SIGNATURE OF PLAINTIFF (Pro Se)

## AO 440 – Summons in a Civil Action

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

Svetlana Klishina, Plaintiff, pro se,

v.

Detective Ryan Cackowski; Lieutenant Francis DePalma;

the City of New York; and Amazon Web Services, Inc., Defendants.

Civil Action No.: _____ (to be assigned by Clerk)

### TO: (Defendant's name and address)

Amazon Web Services, Inc. (AWS)

CSC Lawyers Incorporating Service, 80 State Street, Albany, NY 12207

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Svetlana Klishina
240 Victory Blvd
Staten Island, NY 10301
Email: awesomepuntacana@aol.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

SIGNATURE OF PLAINTIFF (Pro Se)

# AO 440 – Summons in a Civil Action

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

Svetlana Klishina, Plaintiff, pro se,

v.

Detective Ryan Cackowski; Lieutenant Francis DePalma;
the City of New York; and Amazon Web Services, Inc., Defendants.

Civil Action No.: _____ (to be assigned by Clerk)

## TO: (Defendant's name and address)

Lieutenant Francis DePalma
NYPD Grand Larceny Squad, 1 Edgewater Plaza, Staten Island, NY 10305

A lawsuit has been filed against you.
Within 21 days after service of this summons on you (not counting the day you received it),
you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12
of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff
or plaintiff's attorney, whose name and address are:

Svetlana Klishina
240 Victory Blvd
Staten Island, NY 10301
Email: awesomepuntacana@aol.com

If you fail to respond, judgment by default will be entered against you for the relief demanded
in the complaint. You also must file your answer or motion with the court.

_____
CLERK OF COURT

_____
SIGNATURE OF PLAINTIFF (Pro Se)

**AO 440 – Summons in a Civil Action**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

Svetlana Klishina, Plaintiff, pro se,

v.

Detective Ryan Cackowski; Lieutenant Francis DePalma;

the City of New York; and Amazon Web Services, Inc., Defendants.

Civil Action No.: _____ (to be assigned by Clerk)

### TO: (Defendant's name and address)

Detective Ryan Cackowski

NYPD Grand Larceny Squad, 1 Edgewater Plaza, Staten Island, NY 10305

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Svetlana Klishina
240 Victory Blvd
Staten Island, NY 10301
Email: awesomepuntacana@aol.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_____                    _____

CLERK OF COURT                                       SIGNATURE OF PLAINTIFF (Pro Se)