UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
SVETLANA KLISHINA,

                Plaintiff,

        v.

DETECTIVE RYAN CACKOWSKI,
LEIUETENANT FRANCIS DEPALMA,
THE CITY OF NEW YORK, and
AMAZON WEB SERVICES, INC.,

                Defendants.
---------------------------------------------------------X

**ORDER REGARDING**
**FED. R. CIV. P. 4(m)**

25-CV-5035
(Chen, J.)
(Marutollo, M.J.)

**JOSEPH A. MARUTOLLO, United States Magistrate Judge:**

The Court's records reflect that the Complaint in this action was filed on September 9, 2025. Dkt. No. 1. Rule 4(m) of the Federal Rules of Civil Procedure provides:

> If a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Accordingly, if proper service is not made upon the Defendants by **December 8, 2025**, or if Plaintiff fails to show good cause why such service has not been effected by that date, the undersigned will recommend that the Court dismiss this action without prejudice.

Plaintiff is required to advise the Clerk of Court of any change of address. Failure to keep the Court informed of Plaintiff's current address may result in dismissal of this case.

For information regarding court procedures, Plaintiff may contact the *Pro Se* Office at the United States Courthouse by calling (718) 613-2665. Plaintiff may also contact the Federal *Pro Se* Legal Assistance Project (212-382-4729 or https://www.citybarjusticecenter.org/projects/federal-

pro-se-legal-assistance-project) of the City Bar Justice Center for free, confidential, limited-scope legal assistance.

    The Clerk of Court is respectfully directed to send a copy of this Order to Plaintiff, noting the mailing on the docket.

Dated:    Brooklyn, New York  
          September 15, 2025

**SO ORDERED.**

  */s/ Joseph A. Marutollo*  
JOSEPH A. MARUTOLLO  
United States Magistrate Judge